IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WEST VIRGINIA CITIZENS DEFENSE
LEAGUE, INC., *et al.*

      Plaintiffs,

vs.

CITY OF CHARLESTON, *et al.*

      Defendants.

CIVIL ACTION NO. 2:11-cv-0048

(Copenhaver, J.)

## THE CHARLESTON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

NOW COME the Defendants City of Charleston; Danny Jones, personally and in his official capacity as the Mayor of the City of Charleston; and Brent Webster, personally and in his official capacity as the Chief of Police of the City of Charleston (together, "Charleston Defendants" or "Defendants"), by their attorneys, and move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the First Amended Complaint.

In support of this Motion, Defendants rely upon and incorporate their Memorandum of Law in Support of the Charleston Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, filed contemporaneously herewith.

WHEREFORE, Defendants move, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for dismissal of the First Amended Complaint.

      Respectfully submitted by the
      CITY of CHARLESTON, a municipal corporation;
      DANNY JONES, Mayor; and
      BRENT WEBSTER, Chief of Police

> By:      /s/ Ricklin Brown
> Benjamin L. Bailey (WV Bar No. 200)
> Ricklin Brown (WV Bar No. 500)
> Bailey & Glasser, LLP
> 209 Capitol Street
> Charleston, West Virginia 25301
> Telephone: (304) 345-6555
> Facsimile: (304) 342-1110
> Counsel for Defendants City of Charleston, Danny Jones, and Brent Webster

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WEST VIRGINIA CITIZENS DEFENSE
LEAGUE, INC., *et al.*

      Plaintiffs,

                                  CIVIL ACTION NO. 2:11-cv-0048

vs.

                                  (Copenhaver, J.)

CITY OF CHARLESTON, *et al.*

      Defendants.

## CERTIFICATE OF SERVICE

      I, Ricklin Brown, herby affirm that on this date, March 28, 2011, I caused the foregoing **CHARLESTON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** and **CHARLESTON DEFENDANTS' MEMORANDUM IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** to be served on the following attorneys with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James M. Mullins, Jr.
The Law Offices of James M. Mullins, Jr., PLLC
101 North Kanawha Street, Suite 401
Beckley, West Virginia  25801

W. Michael Moore
Moore & Biser, PLLC
317 Fifth Avenue
South Charleston, West Virginia  25303

Webster J. Arceneaux, III
Lewis, Glasser, Casey & Rollins, PLLC
P.O. Box 1746
Charleston, West Virginia  25326

                                        /s/  Ricklin Brown
                                   Benjamin L. Bailey (WV Bar No. 200)
                                   Ricklin Brown (WV Bar No. 500)
                                   Bailey & Glasser, LLP
                                   209 Capitol Street
                                   Charleston, West Virginia 25301
                                   Counsel for Defendants City of Charleston,
                                   Danny Jones, and Brent Webster