IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

WEST VIRGINIA CITIZENS DEFENSE
LEAGUE, INC., et al.

    **Plaintiffs,**

v.              Case No.:  2:11-0048

CITY OF CHARLESTON, et al,

    **Defendants.**

## MOTION OF THE DUNBAR DEFENDANTS TO DISMISS
## THE PLAINTIFFS' FIRST AMENDED COMPLAINT

  Now come the Defendants City of Dunbar, Jack Yeager, in his official capacity as Mayor of the City of Dunbar and Earl Whittington, in his official capacity as Chief of Police of the City of Dunbar, (hereinafter "Dunbar Defendants"), by counsel, and pursuant to Rule 12(b)(1) and 12(b)(6), Federal Rules of Civil Procedure, and they hereby move for dismissal of Counts 38, 39 and 40 of the Plaintiffs' First Amended Complaint.  In support of their Motion to Dismiss, the Dunbar Defendants rely upon the Memorandum of Law filed contemporaneously herewith.

  WHEREFORE, Defendants move, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for dismissal of the Counts 38, 39 and 40 of the Plaintiffs' First Amended Complaint.

                CITY OF DUNBAR
                JACK YEAGER, MAYOR, and
                EARL  WHITTINGTON,  CHIEF OF POLICE,
                By counsel

/s/ Webster J. Arceneaux, III
Webster J. Arceneaux, III (WV Bar No. 155)
Spencer D. Elliott (WV Bar No. 8064)
Lewis, Glasser, Casey & Rollins, PLLC
P.O. Box 1746
Charleston, West Virginia 25326
Telephone: (304) 345-2000
Facsimile: (304) 343-7999

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**WEST VIRGINIA CITIZENS DEFENSE
LEAGUE, INC., et al.**

            **Plaintiffs,**

v.                                               Case No.:  2:11-0048

**CITY OF CHARLESTON, et al,**

            **Defendants.**

**CERTIFICATE OF SERVICE**

      I, Webster J. Arceneaux, III, hereby affirm that April 15, 2011, I caused the foregoing MOTION OF THE DUNBAR DEFENDANTS TO DISMISS THE PLAINTIFFS' FIRST AMENDED COMPLAINT and accompanying MEMORANDUM OF LAW to be served on the following attorneys with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                        James M. Mullins, Esq.
                        The Law Offices of James M. Mullins, Jr., PLLC
                        101 North Kanawha Street, Suite 401
                        Beckley, West Virginia 25801

                        Benjamin L. Bailey, Esq.
                        Ricklin Brown, Esq.
                        BAILEY & GLASSER
                        209 Capitol Street
                        Charleston, WV  25301

                        W. Michael Moore, Esq.
                        MOORE & BISER, PLLC
                        317 Fifth Avenue
                        South Charleston, West Virginia 25303

                        <u>/s/ Webster J. Arceneaux, III</u>
                        Webster J. Arceneaux, III (WV ID: 155)