```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

**WEST VIRGINIA CITIZENS DEFENSE LEAGUE, INC.,**
a West Virginia nonprofit corporation, and
**KEITH T. MORGAN** and
**ELIZABETH L. MORGAN** and
**JEREOMY W. SCHULZ** and
**BENJAMIN L. ELLIS** and
**MASADA ENTERPRISES LLC,**
a West Virginia limited liability company,

      Plaintiffs,

v.                                        Civil Action No. 2:11-0048

**CITY OF CHARLESTON,**
a West Virginia municipal corporation, and
**DANNY JONES,**
personally and in his official capacity
as the Mayor of the City of Charleston, and
**BRENT WEBSTER,**
personally and in his official capacity
as the Chief of Police of the City of Charleston, and
**CITY OF SOUTH CHARLESTON,**
a West Virginia municipal corporation, and
**FRANK A. MULLENS, JR.,**
in his official capacity as the
Mayor of the City of South Charleston, and
**BRAD L. RINEHART,**
in his official capacity as the
Chief of Police of the City of South Charleston, and
**CITY OF DUNBAR,**
a West Virginia municipal corporation, and
**JACK YEAGER,**
in his official capacity as the
Mayor of the City of Dunbar, and
**EARL WHITTINGTON,**
in his official capacity as the
Chief of Police of the City of Dunbar,

      Defendants,

<u>ORDER AND NOTICE</u>

      Pursuant to L.R. Civ. P. 16.1, it is ORDERED that the following dates are hereby fixed as the time by or on which certain events must occur:

 05-26-2011    Last day for Rule 26(f) meeting.

| | |
|---|---|
| 06-02-2011 | Last day to file Report of Parties' Planning Meeting.  <u>See</u> L.R. Civ. P. 16.1. |
| 06-17-2011 | Scheduling conference at 10:00 a.m. at the Robert C. Byrd United States Courthouse in Charleston, before the undersigned, unless canceled.  Lead counsel directed to appear. |
| 06-24-2011 | Entry of scheduling order. |
| 06-27-2011 | Last day to serve F.R. Civ. P 26(a)(1) disclosures. |

The Clerk is requested to transmit this Order and Notice to all counsel of record and to any unrepresented parties.

DATED: April 25, 2011

_____
John T. Copenhaver, Jr.
United States District Judge