# Exhibit A

**From:** Ricklin Brown
**Sent:** Tuesday, April 26, 2011 2:16 PM
**To:** 'James M. Mullins, Jr., Esq.'
**Subject:** RE: WVCDL v. City of Charleston in the news

Mr. Mullins:

We can not stipulate that you be allowed to file a late response since the date to respond passed over two weeks ago. We are willing to allow you to represent that we do not oppose your motion to file a late response but leave the determination regarding the issue to the Court's determination.

Ricklin Brown
Lawyer
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV  25301
(304) 414-3641 (Direct)
(304) 345-6555 (Main)
(304) 342-1110 (Fax)

rbrown@baileyglasser.com
www.baileyglasser.com

This message and any attached documents contain information from the law firm of Bailey & Glasser, LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail then delete this message.

---

**From:** James M. Mullins, Jr., Esq. [mailto:jim@mullinslawoffices.com]
**Sent:** Tuesday, April 26, 2011 1:42 PM
**To:** Ricklin Brown
**Subject:** RE: WVCDL v. City of Charleston in the news

Mr. Brown:

I must apologize for the delay on this matter.  Due to the several motions filed in this action, there was an error and oversight on my part.  I intend to file for a motion to adjust the time to respond to this Friday, April 29—the same time as the response to the South Charleston & Dunbar motions are due and will be filed.  Will you agree to stipulate to it?

**James M. "Jim" Mullins, Jr., Esq.** *
The Law Offices of James M. Mullins, Jr., PLLC
101 N. Kanawha St., Suite 401
Beckley, WV  25801-4733
Phone: 304-929-3500
FAX: 304-929-3503
E-mail: jim@mullinslawoffices.com
Web: http://www.mullinslawoffices.com

\* Admitted to practice law in West Virginia and Florida.

**Confidentiality Notice**
The information in this message may contain confidential material and is protected from disclosure.  If this message has not reached its intended recipient, please be notified that any review, retransmission, retention, dissemination or other use of this message is strictly prohibited.  If you are not the intended recipient, please notify the sender immediately by replying to this message and delete the information from your system.